UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAKA SHABAZZ,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   Case No. 3:16cv914(VLB) |
| JANE DOE, ET AL.,<br>    Defendants. | :<br>:<br>:   May 5, 2017 |

## ORDER

The plaintiff, Shaka Shabazz, is an inmate currently incarcerated at the Osborn Correctional Institution.  He commenced this action by filing a complaint naming Commissioner Scott Semple, Health Services Administrator Sharon Brown, Jane Doe Medical Grievance Responder, Nurse Cindy and Dental Assistant Yvonne as defendants.  See Compl, [ECF No. 1].  On December 22, 2016, the court granted the plaintiff leave to file an amended complaint.  The Clerk did not docket the first amended complaint until January 13, 2017.  See ECF No. 17.

The first amended complaint named Commissioner Semple, Director of Dental Services Dr. Benoit, Administrator Brown, Medical Supervisor Cindy Letavec and Dental Assistant Yvonne Borchet as defendants.  See Am. Compl., [ECF No. 17].  On January 13, 2017, the court reviewed the allegations in the first amended complaint and concluded that the plaintiff had stated a plausible claim that the defendants conspired to violate his constitutional rights as well as plausible claims under the Eighth Amendment for deliberate indifference to health and safety and to dental needs.  The court directed the clerk to serve the

first amended complaint on defendants Semple, Letavec, Benoit, Borchet and Brown in their individual capacities. See Ruling and Order, ECF No. 14.

On the same day that the court had reviewed the claims in the first amended complaint, the plaintiff improperly filed a second amended complaint without first seeking permission from the court. See Am. Compl., ECF No. 16. When the plaintiff realized that he needed to seek leave to file a second amended complaint, he filed such a motion accompanied by a new amended complaint. See Mot. Amend, ECF No. 20. On February 8, 2017, the court granted the plaintiff's motion for leave to file an amended complaint.

The third amended complaint names Commissioner Semple, Deputy Warden of Programs and Treatment Richard Laffargue, Warden Scott Erfe, Director of Health Services Kathleen Maurer, Director of Dental Services Dr. Benoit, Health Services Administrator Brown, Medical Supervisor Letavec and Dental Assistant Yvonne Borchet as defendants. See Third Am. Complaint, ECF No. 22. Because the third amended complaint has completely replaced the second amended complaint, the court need not address the claims in the second amended complaint.

A review of the third amended complaint reveals that the plaintiff has elaborated on and clarified his claims that the defendants were deliberately indifferent to his health and safety and to his serious dental needs as well as his claim that the defendants conspired to deprive him of adequate and timely dental treatment. In addition, the plaintiff has added three new defendants who were

2

involved in the deliberate indifference to dental needs and conspiracy to deprive him of dental treatment.

The court concludes that the plaintiff has stated a plausible claim that the defendants conspired to violate his constitutional rights as well as plausible claims under the Eighth Amendment for deliberate indifference to health and safety and to dental needs.  These federal claims as well as the claim of cruel and unusual punishment in violation of Article I, section 9 of the Connecticut Constitution and the Connecticut common law claims of intentional and negligent infliction of emotional distress will proceed against defendants Semple, Letavec, Benoit, Laffargue, Erfe, Maurer, Borchet and Brown in their individual capacities.

## Conclusion

(1)     As indicated above, the federal and state law claims asserted in the Third Amended Complaint [ECF No. 22] will proceed against defendants Semple, Letavec, Benoit, Laffargue, Erfe, Maurer, Borchet and Brown in their individual capacities.  Because the court granted the plaintiff leave to proceed *in forma pauperis* in this action, the Clerk is directed to serve the third amended complaint on the defendants in their individual capacities.  Thus, the Plaintiff's Motion [ECF No. 24] seeking service of the second amended complaint by the United States Marshal is DENIED as moot.

(2)     Within twenty-one (21) days of this Order, the Clerk shall ascertain from the Department of Correction Office of Legal Affairs the current work addresses for Deputy Warden of Programs and Treatment Richard Laffargue,

Warden Scott Erfe, Director of Health Services Kathleen Maurer, Commissioner Scott Semple, Health Services Administrator Sharon Brown, Medical Supervisor Cindy Letavec, Director of Dental Services Dr. Benoit and Dental Assistant Yvonne Borchet and mail a waiver of service of process request packet, including a copy of this Order and a copy of the Third Amended Complaint [ECF No. 22] to each defendant in his or her individual capacity at his or her current work address.  On the thirty-fifth (35th) day after mailing, the Clerk shall report to the court on the status of all the requests.  If any defendant fails to return the waiver request, the Clerk shall make arrangements for in-person service by the U.S. Marshals Service and the defendant shall be required to pay the costs of such service in accordance with Federal Rule of Civil Procedure 4(d).

(3)     **DEFENDANTS SHALL FILE THEIR RESPONSE TO THE THIRD AMENDED COMPLAINT, EITHER AN ANSWER OR MOTION TO DISMISS, WITHIN SIXTY (60) DAYS FROM THE DATE THE NOTICE OF LAWSUIT AND WAIVER OF SERVICE OF SUMMONS FORMS ARE MAILED TO THEM.  FAILURE TO DO SO WILL RESULT IN THE ENTRY OF DEFAULT.**  If the defendants choose to file an answer, they shall admit or deny the allegations and respond to the cognizable claims recited above.  They may also include any and all additional defenses permitted by the Federal Rules.

(4)     Discovery, pursuant to Federal Rules of Civil Procedure 26 through 37, shall be completed within six months (180 days) from the date of this order.  Discovery requests need not be filed with the court.

(5) All motions for summary judgment shall be filed within seven months (210 days) from the date of this order.

(6) The Clerk shall send a courtesy copy of the Third Amended Complaint and this Order to the Connecticut Attorney General and the Department of Correction Legal Affairs Unit.

SO ORDERED at Hartford, Connecticut this 5th day of May, 2017.

／s／ VANESSA BRYANT
**VANESSA L. BRYANT**
**UNITED STATES DISTRICT JUDGE**